UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT - 8 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,          )
                                   )
Plaintiff,                         )
                                   )
v.                                 )        **4:25CR520-CMS/JMB**
                                   )
RICO BAILEY JR.,                   )
                                   )
Defendant.                         )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nino Przulj, Assistant United States Attorney for said District, and moves this Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

In further support, the United States of America states:

1.     The Defendant is charged with: (a) felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), a gun offense carrying a maximum term of imprisonment of 15 years; (b) possession with intent to distribute fentanyl in violation of 21 U.S.C. § 841(a), a drug offense carrying a maximum term of imprisonment of 20 years; and (c) possession of a firearm in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c), a crime of violence carrying a minimum of 5 years' imprisonment.

2.     On June 25, 2025, members of the Saint Louis Metropolitan Police Department's Intelligence Division Fugitive Apprehension Strike Team were investigating the whereabouts of a

murder suspect related to the Defendant. They received consent to search the Defendant's home and, while looking for the murder suspect, found five guns, including an AR-style rifle with a drum magazine and an AR-style pistol, about 10 grams of fentanyl, some weed, and a digital scale in plain view in the Defendant's bedroom. The drugs were packaged in a manner intended for sale as shown below:



3.    Detectives mirandized the Defendant who admitted to possessing the guns and drugs and that his fingerprints would be on one of the guns. When police later dusted the guns for prints, they found the Defendant's left middle finger and left ring finger on the AR style rifle and its magazine.

4.    The Defendant has prior criminal convictions for felony possession of a controlled substance (case no. 1122-CR06966-01), felony burglary (case no. 1811-CR00041-01), and delivering a controlled substance, unlawful use of a weapon, unlawful possession of a weapon, delivering controlled substances in jail, and resisting arrest (case no. 22SL-CR03283-01).

5.    In addition to the presumption, the Defendant's characteristics and criminal history, the weight of the evidence, and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by the Defendant's release.

Further, there are no conditions or combination of conditions that will reasonably assure the

Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to

trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Nino Przulj*
NINO PRZULJ, #68334MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200